NOTE: CHANGES MADE BY THE COURT

# JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SOUTHERN DIVISION**

| | |
|---|---|
| ANDREA KEPLER,<br><br>　　Plaintiff,<br><br>　　v.<br><br>MIKE TOPANGA, INC. D/B/A THE HOLIDAY,<br><br>　　Defendant. | **Case No: 8:23-cv-01789-FWS-JDE**<br><br>**JUDGMENT** |

　　Pursuant to Plaintiff Andrea Kepler's ("Plaintiff") Notice of Acceptance of Defendant Mike Topanga, Inc. d/b/a The Holiday's ("Defendant") Rule 68 Offer of Judgment, as filed with the court (Dkt. 39-1, the "Offer of Judgment"), dated July 12, 2024, the court enters JUDGMENT in favor of Plaintiff and against Defendant

///

///

///

in the amount of a total of $13,454.75, payable to Plaintiff pursuant to the terms of the Offer of Judgment, and $24,045.25 in attorney fees payable to Plaintiff's counsel The Wage and Hour Firm.

**IT IS SO ORDERED**.

Dated: July 19, 2024

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE